UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTOR ADUAYI** and **ADENEYE O. ADESANYA-ADUAYI**, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **PHH MORTGAGE SERVICES**, and **NEWREZ LLC**, <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10857-ADB |

## DEFENDANT NEWREZ LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant NewRez LLC ("NewRez") submits the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

NewRez is a wholly owned subsidiary of Shellpoint Partners, LLC, which is itself an indirect wholly owned subsidiary of New Residential Investment Corporation. New Residential Investment Corporation is a publicly traded corporation that trades under the ticker symbol NRZ.

Dated: June 21, 2023                     Respectfully Submitted,

*/s/ Danni L. Shanel*
Danni L. Shanel, Esq. (Bar No. 710378)
TROUTMAN PEPPER HAMILTON SANDERS LLP
125 High Street, 19th Floor
High Street Tower
Boston, MA 02110
Tel.: 617-204-5100
Danni.Shanel@troutman.com

*Counsel for NewRez LLC*

## **CERTIFICATE OF SERVICE**

I, Danni L. Shanel, hereby certify that on June 21, 2023 a true and correct copy of the foregoing *Corporate Disclosure Statement* was filed via the Court ECF System, which serves a copy upon all counsel of record.

*/s/ Danni Shanel*
Danni L. Shanel (Bar No. 710378)

158856801